CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, BRIAN WHITAKER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARDAVAN, LLC, a California Limited Liability Company;<br>ALLIANCE 26, LLC, a California Limited Liability Company;<br>GREEN LEAF CAREGIVERS, a California Corporation,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-11749-RGK-MAA<br><br>**NOTICE OF SETTLEMENT** |

　　　The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: March 04, 2021　　　　/s/ Amanda Seabock
　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　Attorney for Plaintiff