1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385
6  (888) 422-5191 fax
   amandas@potterhandy.com
7  Attorneys for Plaintiff

8  Giandominic Vitiello (SBN #262244)
   Email: gdvitiello@kvklawyers.com
9  Edward Angwin (SBN #310305)
   Email: ed@angwinlaw.com
10 KATCHKO, VITIELLO & KARIKOMI, PC
   11835 W. Olympic Blvd., Suite 860E
11 Los Angeles, CA 90064
   Tel: (310) 943-9587
12 Fax: (424) 204-0401
13 Attorneys for Defendants
   Ardavan, LLC; Alliance 26, LLC and Green Leaf Caregivers

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>ARDAVAN, LLC, a California Limited Liability Company; ALLIANCE 26, LLC, a California Limited Liability Company; GREEN LEAF CAREGIVERS, a California Corporation,<br><br>    Defendants. | Case: 2:20-cv-11749-RGK-MAA<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties; each party to bear his/her/its own attorneys' fees and costs, and subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days. Upon completion of the settlement documents and terms, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

Dated: April 09, 2021          CENTER FOR DISABILITY ACCESS

                                                By:     /s/ Amanda Seabock
                                                              Amanda Seabock
                                                              Attorneys for Plaintiff

Dated: April 09, 2021          KATCHKO, VITIELLO & KARIKOMI, PC

                                                By:     /s/ Edward Angwin
                                                              Giandominic Vitiello
                                                              Edward Angwin
                                                              Attorneys for Defendants
                                                              Ardavan, LLC; Alliance 26, LLC
                                                              and Green Leaf Caregivers

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Edward Angwin, counsel for Ardavan, LLC; Alliance 26, LLC and Green Leaf Caregivers, and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 09,2021                CENTER FOR DISABILITY ACCESS

                                        By:     /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff